CR 03 998 Gleeson/998/Go
GLEESON, J.
GO, M.J.
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 0 4 2003 ★
BROOKLYN OFFICE
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 25 2006 ★
BROOKLYN OFFICE

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | CASE NUMBER *(Tran. Court)* 2:91CR132-02 |
|---|---|---|---|
| | | | CASE NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Ricardo Collins 652 E. 59th Street Brooklyn, New York 11234 | DISTRICT Eastern District of Pennsylvania | | DIVISION |
| | NAME OF SENTENCING JUDGE James T. Giles, Chief Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 6-6-2003 | TO 6-5-2008 |

OFFENSE        Conspiracy to distribute cocaine (Count One), distribution of cocaine, aiding and abetting (Counts Two through Nine)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_8/12/03_        _/s/ James T. Giles_
Date                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_9-15-03_        s/John Gleeson
Effective Date        United States District Judge